The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DESMOND DAVID-PITTS, <br><br> Defendant. | NO. CR20-143 JCC <br><br> **ORDER CONTINUING TERMS OF SUPERVISION** |

The Court having found, based on Mr. David-Pitts' admissions through defense counsel, that he has violated the terms of his supervised release as set forth in the petition filed by the United States Probation Office, HEREBY ORDERS that the terms of his supervision remain in full effect and force. The Court further ORDERS that the hearing set for November 22, 2022, is stricken.

DATED this 29th day of September 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Order Continuing Terms of Supervision – 1
*United States v. David-Pitts,* CR20-143 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970